490

## Royal Wayne REA v. UNITED STATES of America.

No. 3103.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Luther W. Adamson, of Kansas City, Mo., for appellant.

Robert E. Shelton, Asst. U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellee, for failure to prosecute.

## David James VOGT v. UNITED STATES of America.

No. 3102.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Arthur A. Brooks, Jr., of Denver, Colo., for appellant.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellee, for failure to prosecute.

## COMMISSIONER OF INTERNAL REVENUE v. L. W. PRUNTY.

No. 2783.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Felix C. Duvall, of Ponca City, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Reversed and remanded per stipulation, on authority of Commissioner of Internal Revenue v. Harmon, 65 S.Ct. 103.

## COMMISSIONER OF INTERNAL REVENUE v. Charles L. YANCEY.

No. 2779.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

L. Karlton Mosteller, of Oklahoma City, Okl., and Campbell, Randolph & Mahin, of Tulsa, Okl., for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Reversed and remanded per stipulation, on authority of Commissioner of Internal Revenue v. C. C. Harmon, 65 S.Ct. 103.